PREET BHARARA
United States Attorney for the
Southern District of New York
By: JASON H. COWLEY
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212)637-2479

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
IN RE NONJUDICIAL CIVIL             :
FORFEITURE PROCEEDING REGARDING
APPROXIMATELY $7,397.00 IN UNITED   :   STIPULATION AND ORDER
STATES CURRENCY; ASSORTED USPS
MONEY ORDERS VALUED AT $2,000;      :   16 Misc.
AND ONE 2010 LEXUS RX350 BEARING
VEHICLE IDENTIFICATION NUMBER       :
2T2BK1BAXAC001402 SEIZED ON OR
ABOUT JUNE 29, 2016.                :
- - - - - - - - - - - - - - - - - - X

16MISC399

            WHEREAS, on or about June 29, 2016, the Drug Enforcement Administration (the "DEA") seized 1) approximately $7,397.00 in United States Currency (the "currency"), 2) assorted USPS money orders valued at $2,000 (the "money orders"), and 3) one 2010 Lexus RX350 bearing vehicle identification number 2T2BK1BAXAC001402 (the "Lexus") (these items collectively the "Subject Property") from Abdul Malik Choudhry in conjunction with his arrest that day;

            WHEREAS, the DEA initiated an administrative forfeiture proceeding against the Subject Property by timely sending written notice of its intent to forfeit the Subject Property to all known interested parties;

WHEREAS on or about August 9, 2016, the DEA received a claim from Safia Bano, by her attorney Yoram Nachimovsky, Esq., asserting an interest in the Lexus;

Whereas on or about August 17, 2016, the DEA received a claim from Abdul Malik Choudhry, by his attorney Yoram Nachimovsky, Esq., asserting an interest in the currency, the money orders and the Lexus;

Whereas the DEA subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

WHEREAS, Title 18, United States Code, Section 983(a)(3)(A) provides that, "[n]ot later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to Title 18, United States Code, Section 983(a)(3), the United States is required to file a civil complaint to forfeit the Lexis no later than November 7, 2016 and to forfeit the currency and money orders no later than November 15, 2016.

2

PREET BHARARA
United States Attorney for the
Southern District of New York
By: JASON H. COWLEY
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2479

**16 MISC 399**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
IN RE NONJUDICIAL CIVIL                :
FORFEITURE PROCEEDING REGARDING
APPROXIMATELY $7,397.00 IN UNITED      :   STIPULATION AND ORDER
STATES CURRENCY; ASSORTED USPS
MONEY ORDERS VALUED AT $2,000;         :   16 Misc.
AND ONE 2010 LEXUS RX350 BEARING
VEHICLE IDENTIFICATION NUMBER          :
2T2BK1BAXAC001402 SEIZED ON OR
ABOUT JUNE 29, 2016.                   :
- - - - - - - - - - - - - - - - - - X

      WHEREAS, on or about June 29, 2016, the Drug Enforcement Administration (the "DEA") seized 1) approximately $7,397.00 in United States Currency (the "currency"), 2) assorted USPS money orders valued at $2,000 (the "money orders"), and 3) one 2010 Lexus RX350 bearing vehicle identification number 2T2BK1BAXAC001402 (the "Lexus") (these items collectively the "Subject Property") from Abdul Malik Choudhry in conjunction with his arrest that day;

      WHEREAS, the DEA initiated an administrative forfeiture proceeding against the Subject Property by timely sending written notice of its intent to forfeit the Subject Property to all known interested parties;

WHEREAS on or about August 9, 2016, the DEA received a claim from Safia Bano, by her attorney Yoram Nachimovsky, Esq., asserting an interest in the Lexus;

Whereas on or about August 17, 2016, the DEA received a claim from Abdul Malik Choudhry, by his attorney Yoram Nachimovsky, Esq., asserting an interest in the currency, the money orders and the Lexus;

Whereas the DEA subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

WHEREAS, Title 18, United States Code, Section 983(a)(3)(A) provides that, "[n]ot later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to Title 18, United States Code, Section 983(a)(3), the United States is required to file a civil complaint to forfeit the Lexis no later than November 7, 2016 and to forfeit the currency and money orders no later than November 15, 2016.

2

WHEREAS, the Government, by and through Assistant United States Attorney Jason H. Cowley; and Safia Bano and Abdul Malik Choudhry, by and through their attorney Yoram Nachimovsky, Esq., seek to discuss the matter prior to the filing of any complaint and accordingly seek an extension of the deadline for the Government to file a complaint against the Subject Property, until November 21, 2016, in order to conduct such discussions;

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Subject Property is extended up to, and includes, November 21, 2016.

Dated: New York, New York
       November 7, 2016

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for the United States

By: _____        11/7/16
    JASON H. COWLEY                         DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2479

**[ADDITIONAL SIGNATURES ON NEXT PAGE]**

3

Claimants Safia Bano and Abdul Malik Choudhry

By: _____     11.04.16
    Yoram Nachimovsky, Esq.            DATE
    299 Broadway, Suite 605
    New York, N.Y. 10007
    Nicholas S. Ratusk, Esq.

SO ORDERED:

_____     11-7-16
HONORABLE                          DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
Part I

4